IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| FRANKLIN NICHOLS and PATRICIA M. NICHOLS, <br><br> **Plaintiffs,** <br><br> v. <br><br> **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY and STATE FARM GENERAL INSURANCE COMPANY,** <br><br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : **CASE NO:** <br> : **7:25-cv-139–WLS** <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

Pending before the Court are Defendant's Motion to Dismiss (Doc. 7), Request for Oral Argument (Doc. 8), and Motion to Stay Discovery (Doc. 9). On November 13, 2025, Plaintiffs filed an Amended Complaint (Doc. 11) ("Amended Complaint). Upon the filing of an amended complaint, pending motions to dismiss with respect to the prior complaint become moot. In addition, the related Request for Oral Argument (Doc. 8), and Motion to Stay Discovery (Doc. 9) are also moot.

On November 13, 2025, Plaintiffs' Motion to Remand (Doc. 12) was filed asserting the case should be remanded as the amount in controversy required for diversity jurisdiction is not met. This matter is currently set for an initial discovery conference on December 9, 2025.

Accordingly, the Court **DENIES AS MOOT**, **WITHOUT PREJUDICE**, the Motion to Dismiss (Doc. 7), Request for Oral Argument (Doc. 8), and Motion to Stay Discovery (Doc. 9).

Further, on or before **Wednesday, November 26, 2025**, Defendants shall file a response to the Plaintiffs' Motion to Remand (Doc. 12).

**SO ORDERED**, this 18th day of November 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1