IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

FRANKLIN NICHOLS, et al.,                    *

              Plaintiffs,                 *

v.                                                               Case No.   7:25-cv-139 (WLS)

                                     *

STATE FARM FIRE AND CASUALTY
COMPANY, et al.,                                    *

             Defendants.              *

## J U D G M E N T

Pursuant to this Court's Order dated December 3, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered remanding this case to the Superior Court of Brooks County, Georgia.

This 3rd day of December, 2025.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk